**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JAY RICHARDSON, | No. C 12-2853 SI (pr) |
| Petitioner, | **ORDER PERMITTING LENGTHY BRIEF** |
| v. | |
| M. D. BITER, Warden, | |
| Respondent. / | |

Respondent's application to file an oversized brief is GRANTED. (Docket # 5.) The memorandum of points and authorities filed at Docket # 4-1 with 36 pages of text is permitted.

IT IS SO ORDERED.

DATED: October 19, 2012

SUSAN ILLSTON
United States District Judge