UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JAY RICHARDSON,<br><br>    Petitioner,<br><br>    v.<br><br>M. D. BITER, Warden,<br><br>    Respondent.<br>_____ / | No. C 12-2853 SI (pr)<br><br>**ORDER PERMITTING LENGTHY BRIEF** |

Respondent's application to file an oversized brief is GRANTED. (Docket # 5.) The memorandum of points and authorities filed at Docket # 4-1 with 36 pages of text is permitted.

IT IS SO ORDERED.

DATED: October 19, 2012

                                          SUSAN ILLSTON
                                  United States District Judge