UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JAY RICHARDSON, | No. C 12-2853 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| M. D. BITER, Warden, | |
| Respondent. | |

Petitioner has filed an *ex parte* request for an extension of the deadline to file his traverse. Upon due consideration, the request is GRANTED. (Docket # 8.) Petitioner must file and serve his traverse no later than **December 14, 2012**.

IT IS SO ORDERED.

DATED: November 6, 2012

SUSAN ILLSTON
United States District Judge