UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICK JAY RICHARDSON,            No. C 12-2853 SI (pr)

    Petitioner,                     **ORDER PERMITTING LENGTHY TRAVERSE**

    v.

M. D. BITER, Warden,

    Respondent.
                                /

    Petitioner's application to file an oversized brief in support of his traverse is GRANTED. (Docket # 11.) The 26-page memorandum of points and authorities filed at Docket # 12 is permitted.

    IT IS SO ORDERED.

DATED: December 21, 2012

                                            SUSAN ILLSTON
                                            United States District Judge