UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JAY RICHARDSON, | No. C 12-2853 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| M.D. BITER, warden, | |
| Respondent. / | |

Erick Jay Richardson filed this *pro se* action seeking a writ of habeas corpus under 28 U.S.C. § 2254. The court is currently reviewing the merits of the petition and one of the claims involving the alleged erroneous admission of eyewitness identification testimony that was the product of impermissibly suggestive photo lineups. However, the court was unable to locate copies of the alleged photo lineups in the records.[1] Although the court does not intend to re-weigh the evidence on its habeas review, viewing the photo lineups would be useful as they were viewed by the California Court of Appeal on direct review. Respondent is directed to provide the court with copies of the photo lineups at issue, in color if possible, within **fourteen days**.

IT IS SO ORDERED.

DATED: August 26, 2013

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
SUSAN ILLSTON
United States District Judge

---

[1] The record consists of twenty-four expandable files with several thousand pages of records.