UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JAY RICHARDSON,<br><br>    Petitioner,<br><br>    v.<br><br>M.D. BITER, warden,<br><br>    Respondent.<br>                                     / | No. C 12-2853 SI (pr)<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

This habeas petition was denied on the merits on October 3, 2013. Petitioner has now requested that counsel be appointed. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The request for appointment of counsel is DENIED. (Docket # 21.)

IT IS SO ORDERED.

DATED: November 22, 2013

                                                          SUSAN ILLSTON
                                              United States District Judge